**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Pro Se Party Jeffrey Scott Peterson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Damien Nichols, et al, )<br>)<br>Defendant (s) )<br>) | Civil Action No. 25-CV-10071-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 32] entered on 3/13/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.


Dated: 3/13/2026                                                                    By the Court,

                                                                                   /s/ Courtney Horvath
                                                                                   Deputy Clerk